IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 10-cv-02832-DME-CBS

SHARON GLOUDEMAN,

        Plaintiff,

v.

HOME DEPOT, U.S.A., INC,
3M COMPANY, and
HD DEVELOPMENT OF MARYLAND, INC.,

        Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

        IT IS HEREBY ORDERED that the Stipulated Motion for Protective Order (*doc # 27*) filed March 11, 2011 in GRANTED.  The proposed Stipulated Protective Order of Confidentiality (*doc # 27-1*) is accepted by the court.

        The parties are reminded that they will be required to comply fully with all provisions of D.C.COLOL.CIVR. 7.2, and particularly those provisions dealing with filing documents under seal.

**DATED:**        March 15, 2011