IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02832-DME-CBS

SHARON GLOUDEMAN,

    Plaintiff,

v.

HOME DEPOT, U.S.A., INC,
3M COMPANY, and
HD DEVELOPMENT OF MARYLAND, INC.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER IS before the court on Defendant 3M Company's Unopposed Motion to Vacate March 30, 2011 Settlement Conference (*doc # 31*). IT IS HEREBY ORDERED that the instant Motion is GRANTED, and the March 30, 2011 Settlement Conference is hereby vacated. The parties should contact the court if and when they believe a settlement conference would be productive.

    *All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**     March 16, 2011