IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02832-DME-CBS

SHARON GLOUDEMAN,

    Plaintiff,

v.

HOME DEPOT, U.S.A., INC,
3M COMPANY, and
HD DEVELOPMENT OF MARYLAND, INC.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER IS before the court on Plaintiff's Unopposed Motion to Amend Complaint (*doc # 29*), filed March 14, 2011. IT IS HEREBY ORDERED that the instant Motion is GRANTED, and Plaintiff's First Amended Complaint and Jury Demand (*doc # 29-1*) is accepted for filing as of the date of this order.

**DATED:**    March 17, 2011