IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-02832-DME-CBS

SHARON GLOUDEMAN,

                Plaintiff,

vs.

HOME DEPOT, U.S.A., INC.;
3M COMPANY; AND
HD DEVELOPMENT OF MARYLAND, INC.

                Defendants.

## JOINT ORDER TO DISMISS PLAINTIFF'S CLAIMS WITHOUT PREJUDICE AGAINST HD DEVELOPMENT OF MARYLAND, INC.

On this date came to be considered Joint Stipulation of Dismissal of Plaintiff's claims by Plaintiff Sharon Gloudeman against HD Development of Maryland, Inc. It appears to the Court that the Joint Stipulation is well taken and should in all things be GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims filed by Plaintiff Sharon Gloudeman against HD Development of Maryland, Inc. are hereby dismissed in their entirety without prejudice to the re-filing of same.

SIGNED on the 18 day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

By: _____
Angela L. Ekker

EKKER & McNALLY, LLP
7887 E. Belleview Ave., Suite 1200
Englewood, CO 80111
Telephone: (303) 793-0700
Facsimile: (303) 793-1950

ATTORNEY FOR PLAINTIFF

By: /s/ William T. O'Connell, III
William T. O'Connell, III

WELLS ANDERSON & RACE, LLC
1700 Broadway, Suite 1020
Denver, CO 80203
Telephone: (303) 830-1212

ATTORNEY FOR DEFENDANT
3M COMPANY


By: /s/ Arthur K. Smith
Arthur K. Smith

LAW OFFICES OF ARTHUR K. SMITH,
A Professional Corporation
507 Prestige Circle
Allen, Texas 75002
Telephone: (469) 519-2500
Facsimile: (469) 519-2555

ATTORNEY FOR DEFENDANTS
HOME DEPOT U.S.A., INC.
HD DEVELOPMENT OF MARYLAND, INC.