IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02832-DME-CBS

SHARON GLOUDEMAN,

    Plaintiff,

v.

HOME DEPOT, U.S.A., INC, and
3M COMPANY,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

THIS MATTER IS before the court on the parties' Stipulated Motion to Amend Scheduling Order (*doc # 49*), filed April 29, 2011. IT IS HEREBY ORDERED that the instant Motion is GRANTED, and the following deadlines set in the court's Scheduling Order (*doc # 19*) entered January 21, 2011 are amended to the extent set forth below:

| | |
|---|---|
| Designation of non-parties at fault | May 31, 2011 |
| Joinder of parties and amendment of pleadings | June 30, 2011 |
| Affirmative expert disclosures | July 5, 2011 |
| Rebuttal expert disclosures | August 2, 2011 |
| Discovery deadline | August 31, 2011 |
| Dispositive motions deadline | August 31, 2011 |

IT IS FURTHER ORDERED that the Final Pretrial Conference set for September 8, 2011 is vacated and RESET for **November 9, 2011** at **9:15 a.m. (Mountain Time).** The parties shall file a proposed Final Pretrial Order on or before November 2, 2011.

**The parties are advised that no further extensions of these deadlines will be granted.**

**DATED:**    May 2, 2011