IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 10-cv-02832-DME-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: July 26, 2011 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| SHARON GLOUDEMAN, | Angela L. Ekker |
| | Mark Harry Andrews |
| Plaintiff, | |
| v. | |
| HOME DEPOT U.S.A., INC., | Arthur Kittredge Smith, III |
| 3M COMPANY, | William Thomas O'Connell, III |
| PACIFIC CUSTOM PRODUCTS, INC., | Michael W. Jones |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session: 8:03 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding the Stipulated Motion to Amend Scheduling Order, doc #[58], filed 7/20/2011.

The court notes that the Order #[53] states that no further extensions will be granted.

Ms. Ekker advises the court of the status of the case.

**ORDERED:** The Stipulated Motion to Amend Scheduling Order, doc #[58] is **DENIED WITHOUT PREJUDICE**. Counsel may re-file the Motion and submit a deposition schedule that: (1) lists who will be deposed and where the depositions will be held, and (2) indicates firm dates of the depositions.

The court encourages counsel to continue to proceed in the spirit of cooperation.

HEARING CONCLUDED.
**Court in recess**: **8:18 a.m.**
Total time in court: 00:15

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.