**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 10-cv-02832-DME-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: August 11, 2011 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| SHARON GLOUDEMAN, | Angela L. Ekker |
| | Mark Harry Andrews |
| Plaintiff, | |
| v. | |
| HOME DEPOT U.S.A., INC., | Arthur Kittredge Smith, III |
| 3M COMPANY, | William Thomas O'Connell, III |
| PACIFIC CUSTOM PRODUCTS, INC., | Michael W. Jones |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session:** 10:03 a.m.
Court calls case. Appearances of counsel.

Discussion regarding Defendant's Joint Motion to Strike Plaintiff's Supplemental Rule 26(a)(2) Expert Disclosure, doc #[64], filed 8/3/2011.

The court states that counsel did not follow this court's practice standards.

The court asks counsel to adhere to Rule 16(b) in the future.

**ORDERED:** Defendant's Joint Motion to Strike Plaintiff's Supplemental Rule 26(a)(2) Expert Disclosure, doc #[64] is **DENIED** to the extent that it seeks to strike Dr. Cote in all respects. Within **TWO WEEKS** of today's date, the Plaintiff shall provide supplemental disclosures from Dr. Cote. The supplemental disclosures **MUST**: (1) include a written report from Dr. Cote which contains a complete statement of all opinions the witness will express as of the date the disclosure is made, and the basis and reasons for those opinions; (2) include a supplemental disclosure that sets forth the facts or data considered by Dr. Cote in formulating those opinions; (3) set forth any exhibits that Dr. Cote will use to summarize or support his opinion.

The court states that based upon the supplement disclosures, the court and Defense counsel will be in a position to have a better sense of what role, if any, Dr. Cote is likely to have at trial.

Discussion regarding Dr. Cote's opinions as a treating physician or as a retained expert.

**ORDERED:** If Dr. Cote is used as a retained expert, then he is **REQUIRED** to provide a full and complete report as required by Rule 26(a)(2)(B).

Discussion regarding Amended Stipulated Motion to Amend Scheduling Order, doc #[67], filed 8/4/2011.

**ORDERED:** The Amended Stipulated Motion to Amend Scheduling Order, doc #[67] is **GRANTED.** All expert discovery is **STAYED**. The parties shall file a Proposed Amended Scheduled Order no later than **SEPTEMBER 6, 2011.** The Proposed Amended Scheduling Order shall indicate **firm** deadlines for completing all expert discovery. All fact discovery must be completed by **SEPTEMBER 30, 2011.** Dispositive Motions that are not dependant upon expert opinion must be filed by **SEPTEMBER 30, 2011.** The date of the Final Pretrial Conference will be adjusted after review of the new Amended Scheduling Order.

HEARING CONCLUDED.

**Court in recess**:   **10:59 a.m.**
Total time in court:   00:56

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.